District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

JENNIFER SANCHEZ, an individual,

Plaintiff,

v.

ELAINE DUKE, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

Case No. C17-01353-TSZ

STIPULATED MOTION FOR EXTENSION AND ORDER

## **JOINT STIPULATION**

The parties here by jointly STIPULATE AND AGREE to extend Defendant's Answer deadline and the deadlines set forth in the Court's September 13, 2017 Order Regarding Initial Disclosures and Joint Status Report as set forth below.

| **Deadline** | **Old Deadline** | **New Deadline** |
| --- | --- | --- |
| FRCP 26(f) Conference | October 30, 2017 | November 20, 2017 |
| Defendant's Responsive Pleading or Motion | November 13, 2017 | December 4, 2017 |
| Initial Disclosures | November 13, 2017 | December 6, 2017 |
| Joint Status Report and Discovery Plan | November 13, 2017 | December 6, 2017 |

STIPULATED MOTION FOR EXTENSION AND ORDER
[Case No. C17-01353-TSZ]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The purpose for the extension is to accommodate the schedules of both parties and to allow the Defendant to review materials and confer with the agency in preparation for its response.

**SO STIPULATED**.

Dated this 8th day of November, 2017.

    *s/ Mark K. Davis*
MARK K. DAVIS, WSBA No. 38713
Schlemlein Fick & Scruggs, PLLC
66 S. Hanford St, Suite 300
Seattle, WA 98134
Phone: 206-448-8100
Email: mkd@soslaw.com

Attorney for Plaintiff

**SO STIPULATED**.

Dated this 8th day of November, 2017.

ANNETTE L. HAYES
United States Attorney

    *s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov

Attorneys for Defendant

STIPULATED MOTION FOR EXTENSION AND ORDER
[Case No. C17-01353-TSZ]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## **ORDER**

The parties' stipulated motion, docket no. 5, is GRANTED, and the deadlines at issue are EXTENDED as requested.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2017.

*[signature]*

Thomas S. Zilly
United States District Judge

STIPULATED MOTION FOR EXTENSION AND ORDER
[Case No. C17-01353-TSZ]- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970