UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

    Plaintiff,

v.

ELAINE DUKE, Secretary, United States Department of Homeland Security, Immigration and Customs Enforcement,

    Defendant.

C17-1353 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The parties' stipulated motion, docket no. 10, concerning plaintiff's legal representation is GRANTED as follows. The law firm of Schlemlein Fick & Scruggs, PLLC is granted leave to withdraw as counsel of record for plaintiff, effective immediately, and Mark K. Davis, now with the law firm of Dethlefs Sparwasser Reich Dickerson, is substituted as counsel of record for plaintiff.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 16th day of March, 2018.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

MINUTE ORDER - 1