UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

                Plaintiff,

    v.

ELAINE DUKE, Secretary, United
States Department of Homeland
Security, Immigration and Customs
Enforcement,

                Defendant.

C17-1353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion for extension, docket no. 16, is GRANTED, and the deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from August 13, 2018, to September 12, 2018. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 9, remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1