UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

        Plaintiff,

v.

ELAINE DUKE, Secretary, United States Department of Homeland Security, Immigration and Customs Enforcement,

        Defendant.

C17-1353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' third stipulated motion for extension, docket no. 21, is GRANTED as follows. The deadline for filing any motions related to discovery is EXTENDED from October 4, 2018, to October 18, 2018. All other dates and deadlines set forth in the Minute Order entered December 18, 2017, docket no. 8, including the date by which all discovery shall be completed, *i.e.*, November 12, 2018, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of October, 2018.

                                 William M. McCool
                                 Clerk

                                 s/Karen Dews
                                 Deputy Clerk

MINUTE ORDER - 1