UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

          Plaintiff,

  v.

ELAINE DUKE, Secretary, United States Department of Homeland Security, Immigration and Customs Enforcement,

          Defendant.

C17-1353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' fourth stipulated motion for extension, docket no. 22, is GRANTED as follows. The deadline for written discovery, *i.e.*, November 12, 2018, remains in full force and effect. The deadline for depositions is EXTENDED to November 19, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of October, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1