UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

        Plaintiff,

v.

KIRSTJEN NIELSEN, Secretary, United States Department of Homeland Security, Immigration and Customs Enforcement,[1]

        Defendant.

C17-1353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 20, to compel Melissa Oberloh (formerly Tillett) to comply with a subpoena duces tecum and appear for deposition is STRICKEN without prejudice in light of defendant's representation that Ms. Oberloh will not be called as a defense witness at trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Nielsen is hereby SUBSTITUTED for former Acting Secretary Elaine Duke, and the Clerk is DIRECTED to update the docket accordingly.

MINUTE ORDER - 1