UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

        Plaintiff,

  v.

KIRSTJEN NIELSEN, Secretary,
United States Department of Homeland
Security, Immigration and Customs
Enforcement,

        Defendant.

C17-1353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Second Motion to Compel, docket no. 44, is DENIED. Plaintiff's deposition notice identified the following topics relevant to Plaintiff's motion: (1) "[d]iscipline and/or corrective action taken against" several specified employees, (2) "Defendant's policy or protocol regarding internal audits and/or investigations of agents at ICE," and (3) "Defendant's policy or protocol regarding the administration of discipline for agents at ICE." Declaration of Aubrie D. Hicks in Support of Plaintiff's Second Motion to Compel, docket no. 44-2, Ex. A. Defendant's representative, Michael Melendez, testified at length over the course of a day on these topics. In those instances where Melendez was unable to answer specific questions, those questions strayed from the topics listed in the deposition notice. Contrary to Plaintiff's assertion, the notice did not identify investigations of specific employees as a potential topic (as opposed to discipline and/or corrective action taken against specific agents and ICE policy regarding employee investigations), nor did it identify decisions declining to impose discipline as a

MINUTE ORDER - 1

potential topic.[1]  The Court's prior Minute Order granting Plaintiff's first motion to compel did not broaden the definition of "discipline" to include investigations or forms of discipline not imposed in specific instances.  January 7, 2019 Minute Order, docket no. 40, at 2.

    (2)    The Court declines to award attorneys' fees in connection with this motion.  *See* Fed. R. Civ. P. 35(a)(5)(B).

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of May, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

---

[1] Plaintiff could have identified these topics in its deposition notice or could have deposed fact witnesses familiar with specific investigations and decisions not to impose discipline.  That Plaintiff opted not to do so does not mean Melendez was inadequately prepared to testify regarding the topics listed.

MINUTE ORDER - 2