UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER SANCHEZ,

    Plaintiff,

v.

KEVIN K. McALEENAN, Acting Secretary, United States Department of Homeland Security, Immigration and Customs Enforcement,

    Defendant.

C17-1353 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion, docket no. 93, for extension is GRANTED as follows. The deadline for any motion to reopen this matter in the event that settlement is not perfected is EXTENDED to October 31, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of September, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1