1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5                          AT SEATTLE

6

JENNIFER SANCHEZ,
7
                    Plaintiff,
8
        v.
9                                                          C17-1353 TSZ

KEVIN K. McALEENAN, Acting
10    Secretary, United States Department of                MINUTE ORDER
       Homeland Security, Immigration and
11    Customs Enforcement,

12                   Defendant.

13
        The following Minute Order is made by direction of the Court, the Honorable
14  Thomas S. Zilly, United States District Judge:

15      (1)     On October 16, 2019, the parties filed a stipulation and proposed order of
    dismissal, docket no. 95, and noted it as a motion.  This case was dismissed by Order
    entered September 17, 2019, docket no. 92, and the parties' "motion" is STRICKEN as
16  moot.

17      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
    record.
18
        Dated this 23rd day of October, 2019.
19

20                                                  William M. McCool
                                                    Clerk
21
                                                    s/Karen Dews
22                                                  Deputy Clerk

23

MINUTE ORDER - 1